# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FERNANDO CASTRO PEREZ,** : | |
| Petitioner, : | |
| : | |
| vs. : | **CIVIL ACTION NO.: 12-00582-KD-M** |
| : | **CRIMINAL ACTION NO.: 10-00147-KD-M** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 22, 2012 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Respondent's Motion to Dismiss (Doc. 39) is **GRANTED**, Petitioner's Motion to Vacate (Doc. 36) is **DENIED,** and that this action is **DISMISSED**. It is further **ORDERED** that, should Petitioner file a certificate of appealability, it is **DENIED** as he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **19**th day of **November 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**